Cite as 2022 Ark. 115

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE AMENDMENT TO SECTION 3 OF THE ARKANSAS SUPREME COURT PROCEDURES REGULATING PROFESSIONAL CONDUCT OF ATTORNEYS AT LAW | **Opinion Delivered:** May 26, 2022 |

**PER CURIAM**

The Supreme Court Committee on Professional Conduct has submitted to this court proposed revisions to Section 3 of the Arkansas Supreme Court Procedures Regulating Professional Conduct of Attorneys at Law. We now adopt these revisions effective immediately. The revised rule is published below, with the changes set forth in "line-in, line-out" fashion (new material is underlined; deleted material is lined through).

**Procedures of the Arkansas Supreme Court Regulating Professional Conduct of Attorneys at Law**

**Section 3. Committee on Professional Conduct.**

A. *Composition/Term of Office*

. . .

(3) Fourteen reserve members shall be appointed to serve as Panel C and Panel D, a pool from which replacements may be drawn in those instances in which (1) members of the Committee are disqualified or unable to serve, or (2) the case load of the Committee requires an additional panel consistent with the duties as set out in Section 3(A)(1). Ten of the reserve members shall be lawyers with at least two from each Congressional District. Four of the reserve members shall not be lawyers and shall be selected from the State at large. In other respects, the terms of service for reserve members shall be the same as provided for the Committee. Reserve members shall possess the authority, powers, immunities, and

entitlements provided for the Committee by these Procedures. The Committee Chairperson or Executive Director shall select reserve members from a rotating list to serve, individually or collectively, as the situation requires, in those instances in which (1) members of a panel of the Committee consider themselves disqualified or unable to serve, or (2) the case load of the Committee requires an additional panel consistent with the duties as set out in Section 3(A)(1). Reserve members serving as replacements shall be selected so as to maintain the appropriate lawyer/non-lawyer composition. Reserve members do not have to be selected unless the required quorum of the Committee or a panel thereof is not present, or if the case load of the Committee requires an additional panel. If necessary, the Supreme Court may appoint additional persons to serve as reserve members to permit the Committee to discharge its duties.